UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTHA R. GRABOWSKI,

    Plaintiff,

vs.

    Case No: 2:10-cv-13714
    Hon. Julian Abele Cook, Jr.
    Magistrate: Judge Mark A. Randon

WAL-MART STORES, INC.,

    Defendant.

| RONALD A. STEINBERG (P20956) | OLIVER P. LANGFORD (P45301) |
|---|---|
| Attorney for Plaintiff | Attorney for Defendant |
| 30300 Northwestern Hwy., Suite 100 | 26935 Northwestern Hwy., Suite 500 |
| Farmington Hills, MI 48334 | Southfield, MI 48033 |
| (248) 932-3230 ▫ Fax | (248) 350-4800 ▫ Fax (248) 350-4848 |

**FINAL ORDER FOR DISMISSAL WITH PREJUDICE**

At a session of said Court held in the
City of Detroit, County of Wayne
State of Michigan, on
<u>September 15, 2011</u>

PRESENT: HONORABLE  <u>JULIAN ABELE COOK, JR.</u>
                        U.S. DISTRICT COURT JUDGE

    The parties approving the form and content of this order, and the Court being fully advised in the matter;

    IT IS HEREBY ORDERED that the above-entitled matter be, and it hereby is, dismissed with prejudice and without costs to any party.

This Order resolves all pending claims and closes the case.

Date: September 15, 2011

                                                S/Julian Abele Cook, Jr.
                                                JULIAN ABELE COOK, JR.
                                                U.S. DISTRICT COURT JUDGE

APPROVED AS TO FORM AND CONTENT:

s/ Ronald Steinberg w/permission
RONALD A. STEINBERG (P20956)
Attorney for Plaintiff

s/Oliver P. Langford
OLIVER P. LANGFORD (P45301)
Attorney for Defendant